IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DARREN O. RELERFORD, JR.,<br><br>    Defendant. | **8:19CR392**<br><br>**ORDER** |

  THIS MATTER came before the Court on the motion of the Defendant for release to live with Ms. Ayla Dye.

  The Court, being fully advised in the premises, finds that the Motion should be granted.

  IT IS THEREFORE ORDERED that:

1. On Monday, November 20, 2023, a hearing was held and the Defendant was released from the United States Marshal custody to Ms. Ayla Dye to live and reside and seek treatment in a co-occurring treatment program.

2. In addition, the Defendant remains subject to all of the previously ordered conditions of his supervised release. Further, the Court orders that if the Defendant fails to live and reside with Ms. Ayla Dye, fails to pursue, and get into a co-occurring treatment program, participate in such program, and obey all the rules of such program, the Court shall be notified immediately so that a warrant may issue.

Dated this 21st day of November, 2023.

                BY THE COURT:

                s/Michael D. Nelson
                United States Magistrate Judge